UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONNIE GHOLSON,

Plaintiff,

-against-

HOME BOX OFFICE (HBO), ET AL.,

Defendants.

26cv5854 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 22, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 29, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge